**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **RANDALL ELMER RATLIFF,** | ) | |
| Petitioner, | ) | **Civil Action No. 7:15cv00143** |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **HAROLD CLARKE, *et al.*,** | ) | **By: Michael F. Urbanski** |
| Respondents. | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Ratliff's 28 U.S.C. § 2254 petition is **DISMISSED without prejudice** and this action shall be **STRICKEN** from the active docket of the court.

Further, finding that Ratliff has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send a certified copy of this Order and accompanying Memorandum Opinion to the petitioner.

Entered: April 1, 2015

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge